Same case below, 359 Fed. Appx. 682.

Same case below, 370 Fed. Appx. 151.

**No. 09-11396. David W. Wilson, Petitioner v. K. Wann, et al.**

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6700.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 841.

**No. 09-11400. Todd A. Zommer, Petitioner v. Florida.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 7038.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 31 So. 3d 733.

**No. 09-11397. Patrick G. Tzeuton, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6926.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 415.

**No. 09-11401. Everett Lowe, Petitioner v. Richard A. Devine, et al.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6652.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 371 Fed. Appx. 667.

**No. 09-11398. Erick Turcios-Lazo, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6980.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 341.

**No. 09-11403. Gary Eye, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6946.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 634.

**No. 09-11399. Edgar Pineda Zarate, Petitioner v. United States.**

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6712.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-11404. Shih-Liang Chen, Petitioner v. Township of Fairfield, New Jersey, et al.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6954.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.